IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREDRICK DRIVER,<br><br>Plaintiff,<br><br>v.<br><br>SANDA NOVY; and GEORGIA DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-55 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 8), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Georgia Department of Corrections and Defendant Sanda Novy in her official capacity are **DISMISSED**. Plaintiff's claims against Defendant Novy in her individual capacity remain pending.

**SO ORDERED**, this 2nd day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA