IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FREDRICK DRIVER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:15-cv-55 |
| v. | |
| SANDA NOVY, | |
| Defendant. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 26), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **GRANTS** Defendant's unopposed Motion for Summary Judgment, **DISMISSES** Plaintiff's Complaint, **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal, and **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 26th day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UINITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA