# United States District Court
## *Southern District of Georgia*

FREDRICK DRIVER,

    Plaintiff,

### JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV615-055

SANDA NOVY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on May 26, 2017, the Report and

Recommendation of the Magistrate Judge are ADOPTED as the opinion of this Court. Therefore,

the Defendant's motion for summary judgment is GRANTED, Plaintiff's complaint is DISMISSED

and this case stands CLOSED.

May 26, 2017
*Date*

Scott L. Poff
*Clerk*

*(By)* Deputy Clerk